UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Power Authority of the State of New York,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>The tug *M/V ELLEN S. BOUCHARD*, and the barge *B. NO. 280*, their engines, apparel, tackle, boats, appurtenances, etc., *in rem*, and Bouchard Transportation Co., Inc., Motor Tug Ellen S. Bouchard, Inc., and B. No. 280 Corp., *in personam*,<br><br>　　　　　　　Defendants. | CASE NO. 14-cv-0617 (PAC) |
| IN THE MATTER OF THE COMPLAINT OF<br><br>BOUCHARD TRANSPORTATION CO., INC., MOTOR TUG ELLEN S. BOUCHARD INC., and B. NO. 280 CORPORATION,<br><br>AS OWNERS, OWNERS *PRO HAC VICE*, AND OPERATORS OF THE:<br><br>BARGE B. NO. 280 and TUG ELLEN S. BOUCHARD | CASE NO. 14-cv-1262 (PAC) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and the documents in support thereof, Limitation Defendant/Claimant Power Authority of the State of New York ("NYPA"), by and through their attorneys, Holland & Knight LLP, and Limitation Defendants/Claimants Underwriters Group One (as defined in 14-cv-1262, Dkt. # 26), by and through their attorneys, Foran Glennon Palandech Ponzi & Rudloff PC, and Limitation Defendant/Claimants Underwriters Group Two (*Id.*), by and through their attorneys, Cozen

O'Connor (NYPA, Underwriters Group One and Underwriters Group Two collectively, "Cable Interests"), hereby move this Court before the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an Order precluding portions of expert opinion testimony and corresponding portions of the main and supplemental reports of Captain R. Russell Johnson ("Johnson"), an expert witness disclosed by Bouchard Transportation Co., Inc. ("Bouchard Transportation"), Motor Tug Ellen S. Bouchard Inc. ("Tug Owner"), B. No. 280 Corp ("Barge Owner"), the tug M/V Ellen S. Bouchard (the "Tug") and the barge B. No. 280 (the "Barge") (Bouchard Transportation, Tug Owner, Barge Owner, Tug and Barge collectively, "Bouchard").

PLEASE TAKE FURTHER NOTICE that in accordance with the schedule set by the Court, any opposition to this motion shall be filed and served by March 19, 2020, with any reply to be filed and served by March 26, 2020.

Dated: New York, New York
       March 12, 2020

<table>
<tr><td>

HOLLAND & KNIGHT LLP


By:   /s/ *James H. Hohenstein*
    James H. Hohenstein
    Vincent J. Foley
    F. Robert Denig
    Clayton J. Vignocchi
    31 West 52nd Street
    New York, New York 10019
    Tel: (212) 513-3200
    E-mail:jim.hohenstein@hklaw.com
        vincent.foley@hklaw.com
        robert.denig@hklaw.com
        clayton.vignocchi@hklaw.com

*Attorneys for Limitation Defendants/Claimants: Power Authority of the State of New York*




COZEN O'CONNOR

By:   /s/ *Peter G. Rossi*
    Peter G. Rossi
    David Y. Loh
    45 Broadway, 16th Floor
    New York, NY 10006
    Tel:  (212) 509-9400
    E-mail:PRossi@cozen.com
        DLoh@cozen.com

*Attorneys for Limitation Defendants/ Claimants: Princeton Excess & Surplus Lines Insurance Company; Westport Insurance Corporation; Aspen Specialty Insurance Company;  Navigators Management Company, Inc.,  New York on behalf of Lloyd's Syndicates: 1221 Navigators, 4000 Pembroke and 2015 Channel; and, National Union Fire Insurance Company of Pittsburgh, PA.*

</td><td>

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC


By:   /s/ *James B. Glennon*
    James B. Glennon (*pro hac vice*)
    222 North LaSalle Street
    Suite 1400
    Chicago, Illinois 60601
    Tel: (312) 863-5000
    E-mail: jglennon@fgppr.com

-and-


Peter Billis
40 Wall Street, 54th Floor
New York, New York 10005
Tel: (212) 257-7100
 E-mail: pbillis@fgppr.com

*Attorneys for Limitation Defendants/ Claimants:  Associated Electric & Gas Insurance Services Limited; Energy Insurance Mutual Limited; Brit UW Limited; and, Talbot Underwriting (US) Ltd.*

</td></tr>
</table>

3

TO:   FREEHILL HOGAN & MAHAR, LLP
     80 Pine Street
     New York, NY 10005
     Attention: John J. Walsh
         Wayne D. Meehan
         Gina M. Venezia
         Daniel J. Fitzgerald

#73530056_v1